IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHEVRON PUERTO RICO, LLC

    Plaintiff

    v.

JOSE PEREZ-ROSADO, et al.,

    Defendants

CIVIL NO. 09-2080 (JP)

## FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for Plaintiff Chevron Puerto Rico, LLC to have and recover from Defendants the amount of **FIFTY THOUSAND DOLLARS ($50,000.00)**, plus an obligation by Defendants to continue paying rent in accordance with the contract, as well as an obligation to provide a new lessee who, if approved by Chevron, will assume responsibility for the lease. This Judgment constitutes a release of all claims asserted in the complaint, and any and all damages arising from the events described therein. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of April, 2010.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PLAINTIFF

_____
KENNETH C. SURIA-RIVERA, ESQ.

COUNSEL FOR DEFENDANT JOSE PEREZ-ROSADO

_____
CARLOS E. MONTANEZ, ESQ.